UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| WILMER CHAVARRIA,<br><br>                Plaintiff,<br><br>                v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>                Defendants. | Civil Action No. 25-4289 (DLF) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE**

      Defendants hereby respectfully request, through undersigned counsel, a sixty-day enlargement of time for Defendants to answer or otherwise respond to the complaint filed by Plaintiff (ECF No. 1). The deadline is currently February 23, 2026, and the new the deadline would be April 24, 2026. Pursuant to Local Rule 7(m), counsel for Defendants has met and conferred with Plaintiff, through counsel, and understand that Plaintiff does not oppose the relief requested herein.

      1.      On December 10, 2025, Plaintiff filed his complaint. ECF No. 1.

      2.      On December 23, 2025, the Office of the United States Attorney for the District of Columbia received a summons and copy of the complaint.

      3.      On February 7, 2026, undersigned was assigned this matter.

      4.      Defendants' responsive pleading is due February 23, 2026. Fed. R. Civ. P. 12(a).

      5.      Due to matters and deadlines in other pending cases, undersigned counsel requires additional time to discuss this matter with the agency and formulate an appropriate filing for the Court's consideration.

6.In light of the foregoing, Defendants respectfully request that the Court grant their motion and allow them to file their responsive pleading on or before April 24, 2026.

A proposed Order is being filed with this motion.

Dated: February 17, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  */s/ Sian Jones*
SIAN JONES, D.C. Bar #1024062
Assistant United States Attorney
601 D Street, NW
Washington, D.C., 20530
(202) 252-2578

*Attorneys for the United States of America*